IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 02-cr-00541-WDM-02

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

LESTER R. RETHERFORD,

        Defendant.

---

**ORDER TO SURRENDER IN LIEU OF
TRANSPORTATION BY THE UNITED STATES MARSHAL**

---

       IT IS ORDERED that Defendant, LESTER R. RETHERFORD, having been sentenced in the above-named case to the custody of the Bureau of Prisons, is to surrender himself by reporting to the Warden, FPC Florence, Florence, Colorado, on January 17, 2006, by 12:00 noon, and will travel at his own expense.

    DATED at Denver, Colorado, on January 10, 2006.

                                                BY THE COURT:

                                                /s/ Walker D. Miller
                                                United States District Judge

PDF FINAL